**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**



14CR 716

FELONY
JUDGE WOOD
MAGISTRATE JUDGE COX

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? *No*

    1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:

    1b. Should this indictment or information receive a new case number from the court? Yes

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? *No*

3) Is this a re-filing of a previously dismissed indictment or information? *No*

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? *No*

5) Is this a transfer of probation supervision from another district to this District? *No*

6) What level of offense is this indictment or information? *Felony*

7) Does this indictment or information involve eight or more defendants? *No*

8) Does this indictment or information include a conspiracy count? *No*

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: *Wire/mail Fraud (III)*

10) List the statute of each of the offenses charged in the indictment or information. *18USC1341 and 1343*

---

                                              BRIAN P. NETOLS
                                        Assistant United States Attorney

FILED
DEC 10 2014
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT